FRED TREBITSCH, Appellant,· *v.* GOELET LEASING Co., INC., Respondent.

(Argued October 15, 1929; decided November 19, 1929.)

*Joseph H. Robins* and *Mark Frackman* for appellant. *Paul F. Diggins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.   Dissenting: CRANE, J.